BARDONS AND OLIVER, INC., Respondent, *v.* AMTORG TRADING CORPORATION, Appellant.

Argued May 25, 1950; decided July 11, 1950.

*Edward R. Finch, Paul L. Ross, Chester L. Hirsch* and *Howard N. Meyer* for appellant.

*Horace G. Hitchcock* and *Melvin D. Goodman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.